STATE of Arkansas *v*. Randal HARRIS

CR 84-79                                         675 S.W.2d 824

Supreme Court of Arkansas
Opinion delivered October 1, 1984

*Steve Clark*, Att'y Gen., by: *Randel Miller*, Asst. Att'y Gen., for appellant.

*Hale, Lee, Young, Green & Morley*, by: *Stephen E. Morley*, for appellee.

PER CURIAM. This case is similar to and controlled by the opinion in *State of Arkansas* v. *Levert Brown*, also decided today. The judgment is accordingly affirmed in part and reversed in part and the cause remanded.